U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Correctional Center

FILED

05 APR 18 PM 3 30

71 W. Van Buren Street
Chicago, IL 60605

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

April 13, 2005

The Honorable Judge Bernice B. Donald
United States District Court Judge
Western District of Tennessee
Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

RE: BARRINGER, Mitchael
   Docket No.: 05-20081-DV
   Reg. No.: 20145-076

Dear Judge Donald:

This is in response to your court order dated March 10, 2005, which committed Mr. Barringer to an examination and evaluation pursuant to Title 18, United States Code, Section 4241. Mr. Barringer was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on March 16, 2005, and arrived at the institution on March 23, 2005.

The statute allows our psychology staff 30 days to complete the evaluation. Our clinical psychologist requests a 15-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon arrival at MCC Chicago. It is anticipated that the evaluation will be completed by May 6, 2005. Three copies of the report will be submitted to the court within two weeks of completion of the evaluation. You can expect to receive the report by May 20, 2005, should you grant our request for extension.

If you should have any questions regarding this request, please contact Dr. John Pindelski at (312) 322-0567, Ext. 469. For any other questions, please contact me at (312) 322-0567, Ext. 500.

**MOTION GRANTED**
DATE: 4-18-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Sincerely,

Silas M. Irvin
Warden

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-18-05

/3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20081 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT