IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                        Cr. No. 05-20081-DV

MITCHAEL BARRINGER,

    Defendant.

## MOTION TO WITHDRAW REQUEST FOR BOND HEARING AND FOR ARRAIGNMENT

Comes now the defendant, Mitchael Barringer, by and through his counsel, April R. Goode, and moves this Honorable Court to be permitted to withdraw his motion for bond, currently set for hearing on Wednesday, July 20, 2005, at 10:00 a.m.

In support whereof, undersigned counsel states to the Court that defendant contacted her by telephone this date, and advised that after reflection, and a determination that this matter would likely be resolved without trial, he requests that counsel move to withdraw his bond request.

In addition, Mr. Barringer moves to be arraigned in this cause.

WHEREFORE, defendant Mitchael Barringer moves this Court to permit him to withdraw his previously-filed motion for a bond hearing, and to be arraigned.

**MOTION GRANTED**
DATE: 7-18-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully submitted,

*[signature]*

APRIL R. GOODE
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, TN 38103
901 544-3895

## CERTIFICATE OF SERVICE

I, April R. Goode, certify that I have this date delivered a true copy of the foregoing Motion to Withdraw Request for Bond Hearing and for Arraignment to Tony Arvin, Esq., Assistant United States Attorney, Clifford Davis Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.

THIS the 14th day of July, 2005.

*[signature]*

April R. Goode
Assistant Federal Defender

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20081 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT