IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 SEP -2 PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |  |
| VS. | )<br>) | CR. NO. 05-20081-D |
| MITCHAEL BARRINGER<br>    Defendant. | )<br>)<br>) |  |

### ORDER ON CHANGE OF PLEA
### AND SETTING

    This cause came on to be heard on September 2, 2005, the United States Attorney for this district, Tony R. Arvin, appearing for the Government and the defendant, Mitchael Barringer, appearing in person and with counsel, April Rose Goode, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **WEDNESDAY, DECEMBER 7, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 2nd day of September, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-8-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20081 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT